**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| GERARD GRIMM, ON BEHALF OF KATHERINE A. GRIMM, DECEASED, | : | No. 52 WAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (FEDERAL EXPRESS CORPORATION), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.